DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS LEON SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-478

[July 14, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. 17-11934CF10A.

Thomas Leon Smith, Lawtey, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***